# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

Case No. __EDCV07-313 VAP (JCRx)__    Date __JUNE 25, 2007__

Title: __Karla Pope -v- Equity Residential__

Present: The Honorable __Virginia A. Phillips, United States District Judge__

| C. Sasse | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
NONE                                  NONE

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 26 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(D).

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __June 21, 2007__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

DOCKETED ON CM
JUN 26 2007
045

Initials of Preparer __cls__

CV-74 (08/97)    CIVIL MINUTES -REOPENING/CLOSING